■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP WILSON, Appellant.—Judgment, Supreme Court, Bronx County, rendered on August 11, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Lane, JJ.

■ In the Matter of MEYERS PARKING SYSTEM, INC., Petitioner, v HORTENSE W. GABEL et al., Respondents.—Application of the petitioner unanimously denied, the cross motion granted and the petition dismissed. Respondents shall recover of petitioner one bill of $75 costs and disbursements of this proceeding. No opinion. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Lane, JJ.

■ In the Matter of PETER FRIED, Petitioner, v GEORGE B. SMITH et al., Respondents.—Application unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VELASQUEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 5, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND WILLIAMS, Also Known as ROBERT WILLIAMS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on July 29, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Bloom, Markewich, Silverman and Ross, JJ.